# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-118
Lower Tribunal No. F93-29489A, F93-26947A, and F93-25895C

_____

**Rondy Alexis Philo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Law Office of Peter Lombardo, and Peter Lombardo (Bradenton), for appellant.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.